# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

CHRISTOPHER DUFRENE                    CIVIL ACTION NO. 07-1090-P

VERSUS                                 JUDGE HICKS

RAY HANSON, ET AL.                     MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 17th day of August, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE